IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| RUSSELL LLOYD KILFOIL, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | 1:16CV1189 |
| ) | 1:11CR402-2 |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## JUDGMENT

For the reasons set forth in the Order filed contemporaneously with this Judgment,

IT IS THEREFORE ORDERED that Petitioner's motion to vacate, set aside or correct sentence, (ECF No. 665), and motion for an evidentiary hearing, (ECF No. 707), be DENIED, and that this action be DISMISSED. Finding no substantial issue for appeal concerning the denial of a constitutional right affecting the conviction, nor a debatable procedural ruling, a certificate of appealability is not issued.

This, the 15th day of July 2019.

/s/ Loretta C. Biggs
United States District Judge